JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OREN FRANKS, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>LENS.COM, INC., and DOES 1 through 10 inclusive,<br><br>                Defendant. | Case No.: 2:23-cv-3870-JLS-AGR<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulation of Dismissal (Doc. 17) filed by the Plaintiff on September 14, 2023, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: September 19, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE